# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151717(36)

BOARD OF TRUSTEES OF THE CITY OF
PONTIAC POLICE AND FIRE RETIREE
PREFUNDED GROUP HEALTH &
INSURANCE TRUST,
          Plaintiff-Appellee,

v

CITY OF PONTIAC,
          Defendant-Appellant.
_____/

SC: 151717
COA: 316418
Oakland CC: 2012-128625-CZ

       On order of the Chief Justice, the motion of plaintiff-appellee to extend the time to file its answer to the application for leave to appeal is GRANTED. The answer submitted on July 14, 2015, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2015

